Decided January 20, 2005

## SUSAN C. CAMPION ET AL. *v.* BOARD OF ALDERMEN OF THE CITY OF NEW HAVEN ET AL.

The petition by the defendants Anthony DelMonaco Family Limited Partnership, Antonio DelMonaco and Anna DelMonaco for certification for appeal from the Appellate Court, 85 Conn. App. 820 (AC 24360), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that there is no source of enabling authority for § 65 of the New Haven zoning ordinance?"

NORCOTT, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 17347.

*Austin K. Wolf, Barbara M. Schellenberg* and *Frank S. Marcucci,* in support of the petition.

*John M. Gesmonde,* in opposition.

Decided January 27, 2005